UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Primitivo Millan-Millan §
§
versus §   CIVIL ACTION B 97-109
§
Cameron County Sheriff, et al §

United States District Court
Southern District of Texas
FILED
SEP 0 1 1998
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
SEP 0 2 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on September 1, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge