United States District Court
Southern District of Texas
ENTERED

AUG 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| PRIMITIVO MILLAN-MILLAN, | § | |
|    Plaintiff, | § | |
| TDCJ #58569-079, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-109 |
| | § | |
| CAMERON COUNTY SHERIFF, | § | |
| VICTORIA COUNTY SHERIFF, AND | § | |
| UNIDENTIFIED EMPLOYEES, ET AL., | § | |
|    Defendants. | § | |

## ORDER OF DISMISSAL

    Primitivo Millan-Millan, Plaintiff in the above entitled cause, has failed to pay the filing fee necessary to proceed in forma pauperis, as required by notice from the Court dated May 18, 1999, pursuant to The Prison Litigation Reform Act, 28 U.S.C. § 1915(b)(1). Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgited, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. Moore, Federal Practice § 41.51(3)(b) & (e) (3d ed. 1998). The Plaintiff is advised, however, that upon a proper showing, relief from this Order may be granted in accordance with Fed. R. Civ. P. 60(b). *See Link*, 370 U.S. at 635.

    Accordingly, it is ORDERED that this action be DISMISSED without prejudice for want of prosecution.

    The Clerk shall provide copies to all parties of record.

SIGNED at Brownsville, Texas, this 2nd day of August 1999.

_____
Hilda G. Tagle
United States District Judge